

# NUMBER 13-22-00258-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE THE TEXAS DEPARTMENT
## OF FAMILY AND PROTECTIVE SERVICES

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa, and Silva**
**Order Per Curiam**

On June 2, 2022, relator The Texas Department of Family and Protective Services (the Department) filed a petition for writ of mandamus and a motion for temporary emergency relief. By petition for writ of mandamus, the Department asserts that the trial court "abused its discretion in entering an order requiring the Department to take possession and conservatorship of a child in a suit to which the Department was not a party." By motion for temporary emergency relief, the Department seeks to stay the trial

court's order of May 18, 2022, and any contempt proceedings, sanctions, or enforcement actions based on that order, pending resolution of this original proceeding.

The Court, having examined and fully considered the Department's motion for temporary emergency relief, is of the opinion that it should be granted as stated herein. Accordingly, we grant the motion for temporary emergency relief, and we order the provisions of the trial court's May 18, 2022 order requiring the Department to take possession and custody of the minor child, along with any enforcement of those provisions, to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b). The trial court proceedings are otherwise not stayed.

The Court requests that the real party in interest, DeWitt County, Texas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
3rd day of June, 2022.

2